IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-138-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAVETTE KAYE DOMINECK | ) | |
| | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion to unseal, it is hereby ORDERED that the above-referenced matter be unsealed by the Clerk.

This __29th__ day of __May__, 2012.

_____
HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE